In the Matter of MICHELE L. WEINSTAT, an Attorney, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, May 19, 1987

### APPEARANCES OF COUNSEL

*Michael A. Gentile* for petitioner.

No appearance on behalf of respondent.

### OPINION OF THE COURT

Per Curiam.

The Departmental Disciplinary Committee (DDC) for the First Judicial Department has moved to strike respondent's name from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90 (4) (b).

This court admitted respondent to practice on November 8, 1982.

Respondent was convicted, upon a plea of guilty, in the Supreme Court, New York County (Jeffrey M. Atlas, J.), entered November 6, 1985, of the crime of attempted criminal possession of a controlled substance in the third degree (Penal Law §§ 110.00, 220.16), which is a class C felony.

A certified copy of the disposition has been presented to this court (Judiciary Law § 90 [4] [b]). Upon her conviction, respondent ceased to be an attorney and counselor-at-law (Judiciary Law § 90 [4] [a]; see, Matter of Dizak, 93 AD2d 680, 681-682 [1st Dept 1983]).

Accordingly, the petition of the DDC should be granted, and respondent's name stricken from the roll of attorneys and counselors-at-law.

KUPFERMAN, J. P., SULLIVAN, ROSS, MILONAS and WALLACH, JJ., concur.

Respondent's name is stricken from the roll of attorneys and counselors-at-law in the State of New York, effective May 19, 1987.